Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED
CHARLOTTE, NC

MAR 0 6 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

Marina Tikhonova

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

_____

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Southeastern Gymnastics, Michael Treske

_____

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. **3:24-cv-280-FDW**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marina Tichonova |
| Street Address | 44451 Whitford Sq. Apt.301 |
| City and County | Ashburn  Loudoun County |
| State and Zip Code | VA 20147 |
| Telephone Number | 7043408194 |
| E-mail Address | mtichonova@gmail.com |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Southeastern Gymnastics |
| Job or Title *(if known)* | Gymnastics club |
| Street Address | 13601 Providence Rd |
| City and County | Weddington |
| State and Zip Code | NC 28104 |
| Telephone Number | (704) 847-0785 |
| E-mail Address *(if known)* | southeasterngymnastics@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | Michael Treske |
| Job or Title *(if known)* | The owner of the club. |
| Street Address | 13601 Providence Rd |
| City and County | Weddington |
| State and Zip Code | NC 28104 |
| Telephone Number | (704) 847-0785 |
| E-mail Address *(if known)* | mike.treske@gmail.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Southeastern Gymnastics |
| Street Address | 13601 Providence Rd, |
| City and County | Weddington |
| State and Zip Code | NC 28104 |
| Telephone Number | (704) 847-0785 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III.     Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐     Failure to hire me.

☑     Termination of my employment.

☐     Failure to promote me.

☐     Failure to accommodate my disability.

☐     Unequal terms and conditions of my employment.

☐     Retaliation.

☐     Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.     It is my best recollection that the alleged discriminatory acts occurred on date(s)

Mon, Jan 23, 2023 _____

C.     I believe that defendant(s) *(check one)*:

☑     is/are still committing these acts against me.

☐     is/are not still committing these acts against me.

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐     race          _____

☐     color         _____

☐     gender/sex    _____

☐     religion      _____

☐     national origin _____

☐     age *(year of birth)*     59     *(only when asserting a claim of age discrimination.)*

☐     disability or perceived disability *(specify disability)*

_____

E.     The facts of my case are as follows.  Attach additional pages if needed.

All the circumstances of the incident will be attached on an additional page.  *N 1-2*

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

02/08/2023

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☐ issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff asks the court to award damages in the amount of $550,000. Additional information on the calculation is attached on an additional piece of paper. (N.3)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/6/2024

Signature of Plaintiff

Printed Name of Plaintiff _Marina Tikhonova_

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

Your Honor,

I, Marina Tikhonova, the undersigned plaintiff, am representing myself pro se in this matter and hereby file a formal complaint against Southeast Gymnastics Club and Michael Treske, the defendants in this case, for age discrimination and wrongful termination.

As a highly experienced athletic trainer with a bachelor's and master's degree from the College of Sports and Physical Education, I have dedicated over ten years of my career to training children and adolescents in gymnastics, diving, and swimming, both domestically and internationally. Since 1986, I have worked with athletes who have participated in various international competitions, including the Olympic Games.

The defendants, Michael Treske and Southeastern Gymnastics, operate Southeast Gymnastics Club, which primarily offers gymnastic services to children and youth.

I was employed by Southeastern Gymnastics as a dedicated and responsible trainer from November 1, 2019, until January 23, 2023. Throughout my employment, I consistently demonstrated professionalism and successfully fulfilled all assigned responsibilities, earning recognition from both parents and the administration. In acknowledgment of my contributions to Southeastern Gymnastics, I received two salary increases during my tenure.

On January 23, 2023, while on pre-approved leave, I received an unexpected termination notice via email. This termination came as a shock, particularly considering the prior agreement between myself and the defendant regarding the scheduling of my vacation from January 18 to 28, 2023, as well as the defendant's search for a replacement coach.

The termination letter cited the reason for my dismissal as the need to provide internships and experience to younger employees. This rationale clearly indicates age discrimination, which not only violated our prior agreement but also caused significant mental anguish and financial hardship.

Furthermore, I would like to bring to your attention additional instances of discriminatory actions by the defendant. During the summer season, I was suspended from work and did not receive my usual hours under the pretext of insufficient work, despite later discovering that younger workers were hired for the same period. Additionally, during the new school season in September, I was the last to receive the schedule and was

allocated significantly fewer hours compared to younger workers who received more hours of work.

In light of the discriminatory treatment I have endured, I demand compensation for the financial and emotional damages suffered as a result of the defendants' actions. This compensation should include, but not be limited to, lost wages, emotional distress, and punitive damages to deter future discriminatory practices by the defendants.

Attached to this letter is a copy of the termination notice dated January 23, 2023, as well as a copy of my complaint to the Equal Employment Opportunity Commission (EEOC) with Case Number: 430-2023-01465, outlining the details of this incident.

In response to my complaint filed with the Equal Employment Opportunity Commission (EEOC) regarding age discrimination and wrongful termination, the administration from my place of work responded in an unprofessional manner, making baseless accusations against my character and performance as an employee. Despite their claims, they failed to provide any evidence of warnings or reprimands to support their allegations. This response further underscores the retaliatory nature of their actions and their disregard for fair treatment.

I respectfully request that this matter be thoroughly investigated, and appropriate action be taken to remedy the injustice I have experienced.

Thank you for your attention to this matter.

Marina Tikhonova
mtichonova@gmail.com
704-3408194



"The calculation of compensation for lost wages was meticulously conducted, considering various factors such as the plaintiff's earnings history, current earnings potential, comparable salaries in the industry, economic factors, and the duration of the losses incurred due to age discrimination. The total amount for lost wages until February 23, 2024, stands at $50,000.

Additionally, the plaintiff endured significant and multifaceted consequences as a result of the dismissal, including serious emotional stress, loss of self-esteem, financial strain, career interruption, and damage to reputation. These factors highlight the broader implications of harm experienced by the plaintiff.

Consequently, the plaintiff seeks a total compensation of $550,000, which encompasses both lost wages and damages caused by age discrimination. This amount reflects a balanced assessment of the damages suffered and underscores the necessity for adequate compensation to rectify the injustice endured by the plaintiff."

Marina Tikhonova.
mtichonova@gmail.com
704-340-8194

## Serious emotional distress



I am writing to provide further documentation of the severe emotional distress I have suffered as a result of discriminatory actions taken against me by the administration of Southeast Gymnastics Club.

On January 23, 2023, while I was on vacation visiting my daughter and grandchildren, I received a termination letter from  Southeastern Gymnastics management informing me that my work time was being given to younger employees under the guise of gaining practice and experience. This dismissal came after several years of faithful service to Southeastern Gymnastics, and the sudden and unfair nature of the dismissal left me feeling deeply humiliated and insulted.

The news of my dismissal caused an immediate and strong emotional reaction. I experienced severe stress that resulted in loss of appetite, sleep disturbances, dizziness, and high blood pressure—symptoms I had never experienced before. The emotional stress was such that it was difficult for me to even communicate normally with my own grandchildren. Actually, from that day on, my pleasant holiday in the company of my family ended. I cried often and had to resort to sedatives to cope with my suffering.

When I returned home from vacation, I hoped that the time away would ease some of the emotional turmoil I was experiencing. However, the consequences of the discriminatory treatment I suffered continued to weigh heavily on me. Despite my efforts to move forward, I felt increasingly tired and depressed.

In an effort to seek justice for the discrimination I experienced, I filed a complaint with the Equal Employment Opportunity Commission (EEOC). The response from the Southeastern Gymnastics Club only added to my grief. Instead of responding to the accusations of discrimination, the club responded with unfounded accusations and slanderous statements against me, which further increased my feelings of injustice and despair.

Even now, more than a year after the incident, I continue to struggle with the emotional consequences of the discrimination I experienced. My ability to cope with daily life has been significantly affected and stress and anxiety persist, affecting my overall well-being and ability to be there for my two teenage children who rely on me for support and guidance.

I provide this letter as further evidence of the deep and lasting emotional harm caused to me by the actions of Southeastern Gymnastics. I hope that by sharing my experiences, I can promote greater understanding of the devastating effects of discrimination and advocate for greater accountability in our society.

Thank you for your attention to this issue.
Marina Tikhonova
(704)340-8194
mtichonova@gmail.com